Kevin G. Little, SBN 149818
Michelle L. Tostenrude, SBN 290121
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: kevin@kevinglittle.com

Attorneys for Plaintiff Mark Walsh

Golnar J. Fozi (Cal. Bar No. 167674)
Canaan J. Knapp (Cal. Bar No. 342184)
Fozi Dwork & Modafferi, LLP
5942 Priestly Drive, Suite 100
Carlsbad, California 92008
Tel: (760) 444-0039; Fax: (760) 444-0130
Email: gfozi@fdmattorneys.com
       cknapp@fdmattorneys.com

Attorneys for Defendants,
Bob Martin, Laures Stiles, Chauncey Lee,
and San Luis & Delta-Mendota Water
Authority

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WALSH, an individual, | 1:23-cv-01774-JLT-BAM |
| Plaintiff, | |
| v. | STIPULATION RE: EXTENSION OF EXPERT DISCOVERY DEADLINES; JOINT STATEMENT OF GOOD CAUSE |
| BOB MARTIN, DIRECTOR OF OPERATIONS AND MAINTENANCE FACILITIES; LAURES STILES, DIRECTOR OF HUMAN RESOURCES AND ADMINISTRATION; CHAUNCEY LEE, OPERATIONS AND MAINTENANCE MANAGER; SAN LUIS AND DELTA MENDOTA WATER AUTHORITY; UNKNOWN GOVERNMENT OFFICIALS, | |
| Defendants. | |

TO THE HONORABLE COURT:

The parties, Plaintiff Mark Walsh and Defendants Bob Martin, Laures Stiles, Chauncey Lee, and San Luis & Delta-Mendota Water Authority, by and through their respective attorneys of record,

1  hereby aver and stipulate as follows:

2  **JONT STATEMENT OF GOOD CAUSE**

3  The only future dates in this case relate to summary judgment and expert discovery.
4  Specifically, there is an August 28, 2025 hearing on the pending motion for summary judgment.  DN
5  23, 26.  Additionally, the following expert discovery dates are in effect:  initial expert disclosure –
6  August 29, 2025; supplemental expert disclosure – September 19, 2025; and expert discovery cutoff
7  – October 31, 2025. DN 14.

8  The parties have met and conferred and have agreed to extend the expert discovery dates for
9  one month because of a personal family matter on behalf of plaintiff's sole intended expert.  Also, an
10 extension of the expert disclosure deadline will provide a reasonable time period for counsel to meet
11 and confer between the upcoming summary judgment hearing and that deadline.

12 Accordingly, the Parties, by and through their respective attorneys of record, STIPULATE
13 AND AGREE as follows:

14 **TERMS OF STIPULATION**

15 Expert Disclosure:                  Extended from August 29, 2025 to September 26, 2025
16 Supplemental Expert Disclosure:     Extended from September 19, 2025 to October 17, 2025
17 Expert Discovery Cutoff:            Extended from October 31, 2025 to December 5, 2025

18 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

19 Dated: August 26, 2025                              LAW OFFICE OF KEVIN G. LITTLE

20                                                    */s/ Kevin G. Little*
                                                      Kevin G. Little
21                                                    Attorneys for Plaintiff Mark Walsh

22 Dated: August 26, 2025                              FOZI DWORK & MODAFFERI LLP

23                                                    */s/ Canaan Knapp*
                                                      Golnar J. Fozi
24                                                    Canaan Knapp
                                                      Attorneys for Defendants San Luis And Delta
25                                                    Mendota Water Authority; Bob Martin;
                                                      Laures Stiles; Chauncey Lee
26

27

28

2

ORDER

Pursuant to the parties' stipulation, and good cause appearing, the expert discovery deadlines are extended as follows:

| | |
|---|---|
| Expert Disclosure: | September 26, 2025 |
| Supplemental Expert Disclosure: | October 17, 2025 |
| Expert Discovery Cutoff: | December 5, 2025 |

All other deadlines in the Court's Scheduling Conference Order (Doc. 14) remain as scheduled.

IT IS SO ORDERED.

Dated: __**August 26, 2025**__              /s/ *Barbara A. McAuliffe*
                                                                                    UNITED STATES MAGISTRATE JUDGE