Kevin G. Little, SBN 149818
Michelle L. Tostenrude, SBN 290121
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: kevin@kevinglittle.com

Attorneys for Plaintiff Mark Walsh

Golnar J. Fozi (Cal. Bar No. 167674)
Canaan J. Knapp (Cal. Bar No. 342184)
Fozi Dwork & Modafferi, LLP
5942 Priestly Drive, Suite 100
Carlsbad, California 92008
Tel: (760) 444-0039; Fax: (760) 444-0130
Email: gfozi@fdmattorneys.com
        cknapp@fdmattorneys.com

Attorneys for Defendants,
Bob Martin, Laures Stiles, Chauncey Lee,
and San Luis & Delta-Mendota Water
Authority

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WALSH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BOB MARTIN, DIRECTOR OF OPERATIONS AND MAINTENANCE FACILITIES; LAURES STILES, DIRECTOR OF HUMAN RESOURCES AND ADMINISTRATION; CHAUNCEY LEE, OPERATIONS AND MAINTENANCE MANAGER; SAN LUIS AND DELTA MENDOTA WATER AUTHORITY; UNKNOWN GOVERNMENT OFFICIALS,<br><br>Defendants. | 1:23-cv-01774-JLT-BAM<br><br>STIPULATION RE: FURTHER EXTENSION OF EXPERT DISCOVERY DEADLINES; JOINT STATEMENT OF GOOD CAUSE<br><br>ORDER |

TO THE HONORABLE COURT:

The parties, Plaintiff Mark Walsh and Defendants Bob Martin, Laures Stiles, Chauncey Lee, and San Luis & Delta-Mendota Water Authority, by and through their respective attorneys of record,

1  hereby aver and stipulate as follows:

## JONT STATEMENT OF GOOD CAUSE

The only future dates in this case relate to summary judgment and expert discovery, but the parties are awaiting a ruling on a dispositive motion. On August 28, 2025, the defendants' pending motion for summary judgment was heard. DN 23, 26, 32. Additionally, the following expert discovery dates are in effect: initial expert disclosure – September 26, 2025; supplemental expert disclosure – October 17, 2025; and expert discovery cutoff – December 5, 2025. DN 14, 31. The parties have already stipulated to extend the expert discovery dates once. DN 30, 31.

The parties have met and conferred and have agreed to further extend the expert discovery dates for another month because of the continued pendency of the summary judgment motion. It is anticipated that a further extension of the expert disclosure deadlines will enable the parties to engage in expert discovery with the benefit of a summary judgment ruling.

Accordingly, the Parties, by and through their respective attorneys of record, STIPULATE AND AGREE as follows:

## TERMS OF STIPULATION

Expert Disclosure:                          Extended from September 26, 2025 TO October 31, 2025

Supplemental Expert Disclosure:     Extended from October 17, 2025 to November 21, 2025

Expert Discovery Cutoff:                 Extended from December 5, 2025 to January 9, 2025

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 15, 2025                    LAW OFFICE OF KEVIN G. LITTLE

*/s/ Kevin G. Little*
Kevin G. Little
Attorneys for Plaintiff Mark Walsh

Dated: September 15, 2025                    FOZI DWORK & MODAFFERI LLP

*/s/ Canaan Knapp*
Golnar J. Fozi
Canaan Knapp
Attorneys for Defendants San Luis And Delta Mendota Water Authority; Bob Martin; Laures Stiles; Chauncey Lee

ORDER

Pursuant to the parties' stipulation, and good cause appearing, the expert discovery deadlines are extended as follows:

    Expert Disclosure:                     October 31, 2025

    Supplemental Expert Disclosure:    November 21, 2025

    Expert Discovery Cutoff:           January 9, 2026

IT IS SO ORDERED.

Dated:   **September 15, 2025**        /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE